UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
..................................................................

WAYNE FALCIGLIA,
                      Plaintiff,

  - v -                                              9:07-CV-838

DR. WHALEN, DR. SILVERBERG, and DR. THOMPSON, all of Great Meadow Correctional Facility; DARWIN LaCLAIR, Superintendent, Great Meadow Correctional Facility; LESTER WRIGHT; STEVEN VanBUREN; DANIEL STEWART; RICHARD ROY; and BRIAN FISCHER, Commissioner,
                      Defendants.
..................................................................

| APPEARANCES: | OF COUNSEL: |
|---|---|
| WAYNE FALCIGLIA<br>05-B-2201<br>Green haven Correctional Facility<br>PO Box 4000<br>Stormville, NY 12582 | |
| HON. ANDREW M. CUOMO<br>Office of Attorney General<br>State of New York<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | JAMES SEAMAN, ESQ.<br>Assistant Attorney General |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff, Wayne Falciglia, brought this civil rights action in August 2007, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated March 22, 2010, the Honorable George H. Lowe, United States Magistrate Judge, recommended that defendants' motion for summary judgment (Dkt. No. 50) be granted in part and denied in part as follows:

(1) plaintiff's claims against defendants Roy, Fischer, Stewart, and LaClair should be dismiised for lack of personal involvement; and (2) in all other respects, defendants' motion should be denied.

Defendants Silverberg, Thompson, VanBuren, Whalen, and Wright have filed objections to the Report-Recommendation.

Based upon a de novo review of the Report-Recommendation and the entire file, including those portions to which the defendants have objected, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that defendants' motion for summary judgment is GRANTED in part and DENIED in part as follows:

(a) Plaintiff's complaint against defendants Darwin LaClair, Daniel Stewart, Richard Roy, and Brian Fischer, is DISMISSED; and

(b) In all other respects, defendants' motion is DENIED.

The file is to be returned to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   June 15, 2010
         Utica, New York.

_____
United States District Judge